**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA**

_____

| | |
|---|---|
| Rosalind Reed; | Civil No. 08-1377 (RHK/AJB) |
| Plaintiff, | **ORDER FOR DISMISSAL** |
| vs. | |
| McGrann Shea Anderson Carnival Straughn & Lamb, Chartered, and Fairview Health Services, | |
| Defendants. | |

_____

Pursuant to the parties' Stipulation (Doc. No. 11), **IT IS ORDERED** that this action is hereby **DISMISSED WITH PREJUDICE** and without costs to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

Dated:  October 8, 2008

                                                    s/Richard H. Kyle
                                                    RICHARD H. KYLE
                                                    United States District Judge